UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIKO KATO <br><br> Plaintiff <br><br> -against- <br><br> FRANCIS ROBERT SKOP, Jr. <br><br> Defendant | Civil Action No. 6:19-cv-6779 MAT <br><br> MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

The plaintiff Maiko Kato moves the Court pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to file a First Amended Complaint in this matter, and say in support of this motion that:

The Complaint misidentifies the defendant in this action as Francis Robert Skop, Jr.. In fact his name is Francis Ronald Skop, Jr.

Wherefore the plaintiff moves the Court for leave to file a First Amended Complaint changing the defendant's name to Francis Ronald Skop, Jr. and correcting other minor typographical errors.

The plaintiff also files with this motion an amended summons and civil cover sheet.

Respectfully Submitted this 4th day of November, 2019.

/s/ James Eiss

James Eiss
Local Counsel for the Plaintiff
The Law Offices of James Eiss
19 Limestone Drive, Suite 1
Buffalo, NY 14221
Tel. 716-633-9300
Fax 716-633-0492

/s/ Michael E. Piston

Michael E. Piston

Attorney for the Plaintiff
225 Broadway Suite 307
New York, NY 10007
Tel. 646-845-9895
Fax: 206-770-6350